UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA 08 MAY 20 AM 10: 11

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. **'08 MJ 1571** |
| Plaintiff, | ) | |
| | ) | BY: DEPUTY |
| v. | ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) | Title 8, U.S.C., Section 1326 |
| **Miguel Angel RIVERA-Campos,** | ) | Deported Alien Found in the |
| | ) | United States |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 19, 2008** within the Southern District of California, defendant, **Miguel Angel RIVERA-Campos,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **<u>20th</u> DAY OF <u>MAY, 2008</u>**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Miguel Angel RIVERA-Campos**

## PROBABLE CAUSE STATEMENT

On May 19, 2008, at approximately 8:25 AM, a Remote Video Surveillance System (RVSS) operator notified Border Patrol Agents via service radio that four individuals ran north from Mexico into the United States. This area is approximately one mile west of the San Ysidro, California Port of Entry and five hundred yards north of the United States / Mexico International Boundary.

The RVSS operator then notified that the four suspected undocumented aliens continued running north into Las Americas Mall. Border Patrol Agent A. Arauz responded and observed one individual running north near the Old Navy store. Agent Arauz believed that the individual sprinting was likely to be one of the individuals that the camera operator observed illegally crossing the border.

Agent Arauz identified himself as a Border Patrol Agent and ordered the individual to stop, but the individual continued to run north across Camino de la Plaza into a grey-colored apartment complex. Agent Arauz chased the individual and arrested him. Agent Arauz identified himself again as a Border Patrol Agent and conducted an immigration inspection on the subject. The subject, later identified as defendant **Miguel Angel RIVERA-Campos**, admitted to being a citizen and national of Mexico not in possession of any immigration documents that would allow him to enter or remain in the United States legally. The other three individuals who ran north into Las Americas Mall with RIVERA were apprehended by other Border Patrol Agents, and they also admitted to being citizens and nationals of Mexico not in possession of any immigration documents that would allow them to enter or remain in the United States legally. All four individuals including the defendant were arrested at approximately 8:45 AM and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 13, 2008** through **San Ysidro, CA.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.