#23

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MIGUEL ANGEL RIVERA-CAMPOS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1993-W

I, MIGUEL ANGEL RIVERA-CAMPOS, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-18-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Miguel Angel Rivera Campos.
Defendant

Bridget Kennedy
Counsel for Defendant

Before [signature]
Judicial Officer

FILED
JUN 17 2008